UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                                                Bankr. No. 11-
                                                                      Chapter 7
ALOIS JEFFREY FOX
SSN/ITIN xxx-xx-9247                                 DISCLOSURE OF COMPENSATION

             Debtor.

1. <u>Received or promised</u>.  Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid or will be paid the following fees by Debtor for  services rendered in contemplation of or in connection with this case:

| | | |
|---|---|---:|
| (a) | Legal Fees: | $ 1,000.00 |
| (b) | Costs, including filing fee | $ 299.00 |
| (c) | Sales tax on compensation | $ 60.00 |
| (c) | Total: | $ 1,359.00 |
| (d) | I have received: | $ 1,359.00 |
| (e) | I am still owed: | $ 0.00 |

2. <u>Services to be rendered.</u>  In return for the compensation set forth above, I have rendered or will render the following legal services:

   a.   analyze Debtor's financial situation and render advice to Debtor in determining whether to file a petition in bankruptcy and, if so, under what chapter;
   b.   prepare and file Debtor's petition, schedules, and statement; and
   c.   represent Debtor at the meeting of creditors.

If other post-petition legal services are required, these services will be billed to Debtor at $180.00 per hour for my work, plus actual expenses.  Debtor understands any additional fees incurred post-petition must be paid by her personally from assets that are not part of the bankruptcy estate.  If the case is converted to another chapter, Debtor further understands a different fee agreement will be necessary and post-conversion fees may be paid as part of a plan.

3. <u>Supplemental Disclosure</u>.  I will file a supplemental disclosure of compensation if this agreement changes or if I actually receive additional fees for other services or costs in this case that have not been disclosed.

4. <u>Fee Sharing</u>.  I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

5. <u>Unpaid Fees</u>. If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1. above),

I understand and have advised Debtor that while Debtor may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtor and I enter into a reaffirmation agreement and the Court approves the reaffirmation agreement following a hearing that Debtor must attend.

      Dated: October 7, 2011.

*s/ Rick A. Mickelson*
Rick A. Mickelson
THESENVITZ & MICKELSON, LLP
300 N. Dakota Ave. STE 603
Sioux Falls, SD 57104-6040
tele:    (605) 334-9448
fax:    (605) 330-6059
e-mail:  bkram@sfsdlaw.com